IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No. 14 B 12668 |
| | ) | |
| SHANNON N. BENNETT, | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | Hon. A. Benjamin Goldgar |

**OBJECTION OF SANTANDER CONSUMER USA INC. TO
CONFIRMATION OF DEBTOR'S PROPOSED CHAPTER 13 PLAN**

SANTANDER CONSUMER USA INC. ("Santander"), a creditor herein, by its attorneys, David J. Frankel of the law firm of Sorman & Frankel, Ltd., respectfully requests this Court, pursuant to Sections 1325(a)(5)(B), 1325(a)(9) and 1326(a)(1) of the Bankruptcy Code, 11 U.S.C. §§1325(a)(5)(B), 1325(a)(9), 1326(a)(1) (West 2014), and such other Sections and Rules as may apply, for its Objection to confirmation of Debtor's proposed Chapter 13 Plan, states as follows:

1. On April 4, 2014, Debtor, Shannon N. Bennett ("Debtor") filed a Voluntary Petition for Relief (the "Petition") under Chapter 13 of the Bankruptcy Code and proposed Chapter 13 Plan (the "Plan"), which is scheduled for a confirmation hearing on July 1, 2014.

2. As reflected in the documents attached hereto as Exhibit "A", Santander is a secured creditor of the Debtor and another individual, Joan Bennett ("Co-Debtor"), with respect to a certain indebtedness secured by a lien upon a 2012 Jeep Patriot motor vehicle bearing a Vehicle Identification Number ("VIN") of 1C4NJPBB3CD511287 (the "Vehicle").  (See Ex. "A").

THIS LAW FIRM IS ATTEMPTING TO COLLECT A DEBT.
ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

3. As set forth in the Retail Installment Contract (the "Contract") attached as part of Exhibit "A", Debtor and Co-Debtor were required to tender equal monthly payments to Santander, each in the sum of $582.32 with an interest rate of 23.00%. (See Ex. "A").

4. Debtor and Co-Debtor have failed to provide Santander with proof of insurance for the Vehicle and there remains a total outstanding balance due to Santander from Debtor and Co-Debtor in the sum of $26,340.26.

5. Notwithstanding the foregoing, Debtor's Plan identifies Santander as a secured creditor with regard to the Vehicle in the sum of only $22,426.00 with a proposed interest rate of only 16.00% per annum. Further, Debtor's Plan proposes fixed monthly payments to Santander of only $545.36.

6. Debtor's plan provides that Santander "shall retain [its] lien until the earlier of (a) payment of the underlying debt determined under nonbankruptcy law, or (b) discharge under 11 U.S.C. §1328, at which time the lien shall terminate and be released by [Santander]." (See Plan at §B.3).

7. Santander is not required to release its lien until payment of the underlying debt as determined under non-bankruptcy law (i.e. pursuant to the terms of the Contract) because the Vehicle is co-owned and secures a co-signed debt.

8. As such Debtor's proposed Plan does not provide for adequate interest payments. Debtor's Plan proposes an interest rate of 16.00% despite Santander's per annum interest rate of 23.00% as set forth in its Proof of Claim and the Retail Installment Contract pursuant to which Debtor and Co-Debtor purchased the Vehicle (See Ex. "A").

THIS LAW FIRM IS ATTEMPTING TO COLLECT A DEBT.
ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

9. Further, Debtor's proposed Plan fails to comply with Section 1325(a)(5)(B)(iii) of the Bankruptcy Code, which requires that all Chapter 13 Plans propose payments on secured claims in equal monthly installments in an amount to provide adequate protection to the secured creditor, to the extent that Debtor's proposed Plan proposes fixed monthly payments to Santander of only $545.36.

10. In order to comply with the mandate set forth in Section 1325(a)(5)(B)(iii) of the Bankruptcy Code, Debtor is required to propose a Plan that provides equal, fixed monthly payments to Santander in a manner sufficient to satisfy its secured claim, *i.e.*, $742.54 per month, as calculated by a secured claim value of $26,340.26 with a 23.00% interest rate amortized over sixty (60) months. (See Ex. "B").

11. Santander's security interest in the Vehicle is not adequately protected since its collateral is a depreciating asset and the Vehicle continues to decrease in value as payments are not made to Santander to compensate for same. Similarly, Santander is not adequately protected against the Vehicle's depreciation pursuant to Debtor's proposed Chapter 13 Plan because the Vehicle will continue to depreciate at a faster rate than payments are received by Santander pursuant to same.

12. Additionally, Debtor has not provided Santander or its counsel with proof of a valid insurance policy for the Vehicle identifying Santander as loss payee to protect Santander's interest in the Vehicle from loss or destruction.

13. As such, Debtor's Plan fails to comply with applicable provisions of the Bankruptcy Code and must provide for and satisfy the objections specified herein to be feasible

THIS LAW FIRM IS ATTEMPTING TO COLLECT A DEBT.
ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

and provide Santander adequate protection.  As such, Santander requests that this Court decline to confirm the Plan as presently proposed.

**WHEREFORE**, Santander Consumer USA Inc. respectfully requests this Court to enter an Order, a proposed copy of which is attached as Exhibit "C", as follows:

A.  Denying Debtor's request for confirmation of the Plan;

B.  Requiring that Debtor's Plan be amended to propose monthly payments to Santander towards full and complete satisfaction of a secured claim in the amount of $26,340.26 with an interest rate of 23.00% per annum, payable in equal, fixed monthly payments of $742.54; and,

C.  For such other, further and different relief as this Court deems just and proper.

                                                    Respectfully submitted,

                                                    SANTANDER CONSUMER USA INC.,
                                                    Creditor,

David J. Frankel (Ill. #6237097)        By: _____/s/ David J. Frankel_____
Sorman & Frankel, Ltd.                                One of its attorneys
180 N. LaSalle Street, Suite 2700
Chicago, Illinois 60601
(312)332-3535
(312)332-3545 (facsimile)

THIS LAW FIRM IS ATTEMPTING TO COLLECT A DEBT.
ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.